IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

M.A.,                                    :
                                         :
            Petitioner,                  :
                                         :
v.                                       :        Case No. 7:25-CV-194-WLS-AGH
                                         :                28 U.S.C. § 2241
Warden, IRWIN COUNTY                     :
DETENTION CENTER, et al.,                :
                                         :
            Respondents.                 :
_____  :

## ORDER

Pending before the Court is Petitioner's application for a writ of habeas corpus (ECF No. 1). Petitioner is a native and citizen of Guatamala who entered the United States in 2006 without inspection and has resided in the United States since then. Pet. ¶ 27. On December 8, 2025, he was taken into United States Immigration and Customs Enforcement ("ICE") custody and has been detained since then. Pet. ¶ 18, 28. Petitioner contends that he is entitled to a discretionary bond hearing under 8 U.S.C. § 1226(a). Respondents argue that Petitioner is not entitled to a bond hearing because he is detained under 8 U.S.C. § 1225(b)(2), which mandates detention for certain aliens, without an opportunity for a bond hearing.

As Respondents concede, though, the issue presented in this action is identical to the issue the Court decided in *J.A.M. v. Streeval*, No. 4:25-cv-342-CDL, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025) and *P.R.S. v. Streeval*, No. 4:25-CV-330-CDL, 2025 WL 3269947 (M.D. Ga. Nov. 24, 2025). This Court hereby adopts the court's rationale

in *J.A.M.* and *P.R.S* and finds that Petitioner's detention is governed by 8 U.S.C. § 1226(a). The Court thus grants Petitioner's petition for a writ of habeas corpus to the extent that the Court orders Respondents to provide Petitioner with a bond hearing within **SEVEN (7) DAYS** to determine if Petitioner may be released on bond under § 1226(a)(2) and the applicable regulations. *See* 8 C.F.R. §§ 236.1 & 1236.1.

   **IT IS SO ORDERED**, this *6th* day of January 2026.

                                W. LOUIS SANDS
                                U.S. DISTRICT COURT JUDGE
                                MIDDLE DISTRICT OF GEORGIA